Electronically Filed on September 14, 2005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 1: 01-cv-00588-FMA<br>(Judge Allegra) |

**JOINT STATUS REPORT**

The parties hereby submit the following joint status report in this action.

Plaintiff has drafted and submitted for Defendant's review a stipulation of dismissal. Defendant's counsel is conferring with the Internal Revenue Service about the stipulation of dismissal drafted by Plaintiff. The parties expect that Defendant's review will be complete and a stipulation of dismissal will be filed within 30 days. Accordingly, the parties propose that the case remain suspended for an additional 30 days and that the Court order a further status report in this case in 30 days, unless a stipulation of dismissal is filed before that time.

Respectfully submitted,

9/14/2005
Date

Reeves C. Westbrook

REEVES C. WESTBROOK
Attorney of Record
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
202) 662-5150

Attorney for Plaintiff

9/14/05
Date

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

9/14/2005
Date

Of Counsel

Attorneys for Defendant