# In the United States Court of Federal Claims

No. 01-588 T

(Filed: September 15, 2005)

EASTMAN KODAK COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 14, 2005, the parties filed a joint status report informing the court that a stipulation for dismissal has been drafted and is currently being reviewed by the defendant. On or before October 14, 2005, unless the stipulation for dismissal has been filed, the parties shall file a joint status report indicating their progress.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge