IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 1: 01-cv-00588-FMA<br>(Judge Allegra) |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed that the plaintiff's complaint in the above-captioned case be dismissed with prejudice with the parties to bear their respective costs, including attorneys' fees and other expenses of this litigation; provided, however, that such dismissal shall not limit in any way the consideration of the years at issue in this case for the purposes of the elimination of interest on overlapping periods of tax overpayments and underpayments under I.R.C. sec. 6621(d).

Respectfully submitted,

10/10/2005
Date

REEVES C. WESTBROOK
Attorney of Record
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
202) 662-5150

Attorney for Plaintiff

10/4/05
Date

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief
Court of Federal Claims Section

10/5/05
Date

Of Counsel

Attorneys for Defendant



1368670.2